# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 1, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148908

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

MAXWELL TYLER FRISKEY,
            Defendant-Appellant.

SC:  148908
COA:  318562
Livingston CC:  12-020762-FC

_____/

On order of the Court, the application for leave to appeal the January 17, 2014 order of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Lockridge* (Docket No. 149073) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

We invite the prosecuting attorney and defense counsel to file briefs amicus curiae in *Lockridge.*



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 1, 2014



Clerk

s0924